UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HERITAGE BANK OF NEVADA, | ) | CASE NO. 3:14-CV-681-LRH-WGC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| OWEN H. O'NEIL, SAUNDRA A. O'NEIL, Individually and as Trustees of the OWEN & SAUNDRA O'NEIL 1988 TRUST, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for trial on the stacked calendar of June 7, 2016.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 2nd day of November, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE