Mark G. Simons, Esq., NSB No. 5132
Therese M. Shanks, Esq., NSB No. 12890
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Tele: (775) 329-3151
Fax: (775) 329-7169
Email: msimons@rbsllaw.com
        tshanks@rbsllaw.com

*Attorneys for Heritage Bank of Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HERITAGE BANK OF NEVADA, | CASE NO: 3:14-cv-00681-LRH-WGC |
| Plaintiff, | |
| vs. | |
| OWEN H. O'NEIL, SAUNDRA A. O'NEIL, Individually and as Trustees of the OWEN & SAUNDRA O'NEIL 1998 TRUST, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO STRIKE HERITAGE BANK'S EXPERT WITNESS DISCLOSURE**
(Third Request)

IT IS HEREBY STIPULATED by and between Plaintiff Heritage Bank of Nevada ("Heritage"), and Defendants Owen H. O'Neil, Saundra A. O'Neil, individually and as Trustees of the Owen & Saundra O'Neil 1998 Trust, by and through their undersigned counsel, to extend the deadline to oppose Defendants' Motion to Strike Heritage Bank's Expert Witness Disclosure (Dkt. # 77) as follows:

1.      This is the parties' third request to extend the current briefing schedule on Defendants' Motion to Strike Heritage Bank's Expert Witness Disclosure.

2. This extension is requested to allow the parties an additional time period to discuss possible settlement.

3. That the current deadline to file an Opposition shall be extended from August 5, 2016 to **August 19, 2016.**

DATED this 4th day of August, 2016.

        ROBISON BELAUSTEGUI SHARP & LOW
        71 Washington Street
        Reno, NV 89503


        /s/ Mark G. Simons
        MARK G. SIMONS
        THERESE M. SHANKS
        *Attorneys for Heritage Bank of Nevada*

DATED this 4th day of August, 2016.

        ROBERTSON, JOHNSON, et al.
        50 West Liberty Street, Ste. 600
        Reno, NV 89501

        /s/ Jeffrey A. Leon
        KIRK C. JOHNSON
        And
        Jeffrey A. Leon, Esq.
        LEON & LEON
        1970 Broadway, Ste. 1250
        Oakland, CA 94612
        Admitted Pro Hac Vice
        Attorneys for Defendants

### ORDER

The court approves the extension; however, in view of the approaching trial of this matter, there will be no further extensions.

IT IS SO ORDERED this 5th day of August, 2016.

        William G. Cobb
        UNITED STATES MAGISTRATE JUDGE